E-FILED: **2/9/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Patricia Audrey Peters* <br>       **Plaintiff,** <br>    v. <br> *Janet Napolitano* <br>       **Defendant.** | NO. CV 08-5083-GHK (SSx) <br><br> **JUDGMENT** |

Pursuant to our February 9, 2010 Order finding that substantial evidence supports the United States Citizenship and Immigration Services' determination that Plaintiff Patricia Audrey Peters ("Peters") was statutorily ineligible for adjustment of status, **IT IS ADJUDGED** that: the agency's denial of Peters's application for status adjustment is **AFFIRMED,** and this action is **DISMISSED**.

    **IT IS SO ORDERED**.

DATED: February 9, 2010

_____
GEORGE H. KING
United States District Judge